# EXHIBIT A

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br> ☐ FEPA <br> ☒ EEOC  410-2023-03516 | Agency(ies) Charge No(s): |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Prionna Kenney | (206) 308-9123 | January 20, 1983 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2970 Phillips Bend Crossing Basement Suite | Buford, GA 30519 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Bojangles | 15+ | (706) 654-8438 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5650 Green St. | Braselton, GA 30517    Received 3/2/2023 ATDO |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest            Latest
                    January 26, 2023

☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I.    On or around November 4, 2022, I began working for the company as a Crew Member and was later promoted to a Shift Manager.

II.   On or around January 24, 2023, two male employees came to me complaining of sexual harassment by our General Manager, Fateama Rhymer. I emailed one of the new owners, Krystal Charles, and texted the District Manager about the reports of sexual harassment. Fateama had previously commented on my body stating that another employee only chose to work late on one occasion because of my booty. I asked her not to comment on my body and I was not surprised when I learned she made comments to the two male employees, stating "someone is about to get this pussy, so which one of you is going to be my boyfriend. Is it you DJ or you Allen?". I also complained about my paycheck missing hours that I worked. Ms. Rhymer stated that the company would provide me with gas money to help me get to work. I texted our team asking whether they had received their checks, and Ms. Rhymer reached out to me separately on Ms. Charles' instructions, advising me not to ask the other employees about it. The company had not been paying employees right since I started.

III.  On January 26, 2023, Ms. Charles texted me stating that I was terminated.

III.  I believe I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/02/2023       *[Electronically Signed 2023-03-02 18:52:06 UTC - 172.56.65.48]*<br>*[signature]*<br>*Nintex AssureSign®    ccf5f125-20a4-4bbd-9652-afb901366fd2*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany