IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PRIONNA KENNEY,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA FOODS LLC.,<br><br>    Defendant. | Civil Action No.<br><br>2:23-cv-00247-SCJ-JCF<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Prionna Kenney and Defendant Georgia Foods LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 30th day of October, 2024.

**BARRETT & FARAHANY**

s/ *Ianna O. Richardson*
Ianna O. Richardson
Georgia Bar No. 655153
*Attorney for Plaintiff*
P.O. Box 530092
Atlanta, GA 30353
(404) 214-0120
ianna@justiceatwork.com

**STACEY EVANS LAW**

s/ *Tiffany Watkins*
Tiffany Watkins
Georgia Bar No. 228805
Stacey Godfrey Evans
Georgia Bar No. 298555
*Attorneys for Defendant*
4200 Northside Parkway NW Bldg. One, Suite 200
Atlanta GA, 30327
twatkins@staceyevanslaw.com
sevans@staceyevanslaw.com

**RAMSEUR MAULTSBY, LLP**

s/ *Patti W. Ramseur*
Patti W. Ramseur
N.C. State Bar No. 26817
*Attorney for Defendant*
1150 N. Revolution Mill Dr., Ste. 3
Greensboro North Carolina, 27405
(336) 897-0053
pramseur@ramseurmaultsby.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PRIONNA KENNEY, | Civil Action No. |
| Plaintiff, | 2:23-cv-00247-SCJ-JCF |
| v. | JURY TRIAL DEMANDED |
| GEORGIA FOODS LLC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Tiffany Watkins
twatkins@staceyevanslaw.com

Stacey Evans
sevans@staceyevanslaw.com

Patti Ramseur
pramseur@ramseurmaultsby.com

3

Respectfully submitted this 30th day of October, 2024.

                                                 **BARRETT & FARAHANY**

                                                 s/ *Ianna O. Richardson*
                                                 Ianna O. Richardson
                                                 Georgia Bar No. 655153